UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE IMC GROUP OF COMPANIES LTD., a/k/a and d/b/a THE IMC GROUP,<br><br>                                                      Plaintiff,<br><br>             -against-<br><br>TIMBERS RESORT MANAGEMENT, LLC, d/b/a TIMBERS RESORTS,<br><br>                                                      Defendant. | 1:19-cv-05639-PAE<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

PLEASE TAKE NOTICE that as set forth in the accompanying Memorandum of Law In Support of Defendant's Motion to Dismiss, Declaration of Robert D. Mitchell and related exhibits, including the Declarations of Greg Spencer, Cary A. Kleinman and Todd Liker, Defendant moves this Court for dismissal of Plaintiff's Complaint for Lack of Subject Matter Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

Dated:  November 1, 2019.

                                                                        Respectfully submitted,

                                                                        THE GRABER LAW FIRM

                                                                        By_____
                                                                        Daniel Graber
                                                                        (DG 6115)
                                                                        360 Lexington Avenue
                                                                        Suite 1502
                                                                        New York, New York 10017
                                                                        Tel.: (212) 877-9009
                                                                        E-mail: dgraber@graberfirm.com

1

-and-

Robert D. Mitchell
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, 7th Floor
Phoenix, Arizona 85016
Tel: (602) 255-6000
E-mail: rdm@tblaw.com
*Pro hac vice application forthcoming*

Counsel for Defendant